DeMaria Law Firm, APC
Anthony N. DeMaria, #177894
*ADemaria@demarialawfirm.com*
Brian K. Chin, #333976
*BChin@demarialawfirm.com*
1684 W. Shaw Ave. Suite 101
Fresno, California 93711
Telephone:     (559) 206-2410
Facsimile:     (559) 570-0126

Attorneys for Defendants, STATE CENTER
COMMUNITY COLLEGE DISTRICT;
CAROLE GOLDSMITH, an individual,

UNITED STATES DISTRICT COURT

EATERN DISTRICT – FRESNO DIVISION

| | |
|---|---|
| EDWARD GEORGE MADEC, an individual, | Case No. 1:26-cv-01021-KES-SKO |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |
| v. | |
| CAROLE GOLDSMITH, an individual; CALLIE OLIVAS, an individual; STATE CENTER COMMUNITY COLLEGE DISTRICT; and DOES 1 through 50, inclusive, | **(Doc. 4)** |
| | **Courtroom: 7** |
| | **Judge: MAGISTRATE SHEILA K. OBERTO** |
| Defendants. | |

On February 5, 2026, Defendants, STATE CENTER COMMUNITY COLLEGE DISTRICT and CAROLE GOLDSMITH, filed a notice of removal from Fresno Superior Court to this Court. The due date to respond to the Plaintiff's First Amended Complaint is within 7 days after the Notice of Removal is filed. As the parties are meeting and conferring regarding the causes of action pursuant to Judge Sheriff's Standing Order paragraph C, the parties stipulate and agree that Defendants, STATE CENTER COMMUNITY COLLEGE DISTRICT and CAROLE GOLDSMITH will have an additional 32 days to respond to the First Amended Complaint.

Undersigned Counsel for Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT and CAROLE GOLDSMITH have reached out to all other named parties that have

appeared in this case, and the parties hereby stipulate and agree that this Court may enter an Order extending the time for Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT and CAROLE GOLDSMITH to respond to the First Amended Complaint by 32 days, up to and including March 16, 2026.

Dated: February 11, 2026                                DeMaria Law Firm, APC


By:_____/s/_____
                    Anthony N. DeMaria
          Attorneys for Defendants, STATE CENTER
          COMMUNITY COLLEGE DISTRICT and
                    CAROLE GOLDSMITH


Dated: February 12, 2026                    The Wagner Law Group & Law Office of Mark
                                                                    Shallert


By:_____/s/_____
                    Mark Shallert,
                    Nicholas Wagner,
          Attorneys for Plaintiff, Edward George Madec.

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER

## ORDER

For good cause shown, the Stipulation (Doc. 4) is hereby GRANTED. Defendants, STATE CENTER COMMUNITY COLLEGE DISTRICT and CAROLE GOLDSMITH, shall have up to and including **March 16, 2026**, to file any responsive pleading to Plaintiff's First Amended Complaint.


IT IS SO ORDERED.

Dated: __**February 23, 2026**__                    ___/s/ *Sheila K. Oberto*___
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER