UNITED STATES DISTRICT COURT

EASTERN DISTRICT – FRESNO DIVISION

| | |
|---|---|
| EDWARD GEORGE MADEC, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER ON STIPULATION TO EXTEND** |
| | ) **TIME TO RESPOND TO THE FIRST** |
| CAROLE GOLDSMITH, an individual, | ) **AMENDED COMPLAINT** |
| CALLIE OLIVAS, an individual, STATE | ) |
| CENTER COMMUNITY COLLEGE | ) (Doc. 8) |
| DISTRICT; and DOES 1 through 50, inclusive. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

The stipulation is hereby GRANTED.  Defendant, KALLEE OLIVAS (erroneously sued and served as CALLIE OLIVAS) shall have up to and including April 3, 2026, to file a responsive pleading to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:  __**March 5, 2026**__          __/s/ *Sheila K. Oberto*__

UNITED STATES MAGISTRATE JUDGE

KESSEL & MEGRABYAN
2550 N. Hollywood Way, Suite 410
Burbank, California 91505
Tel. No.: (213) 383-2800 | Fax No. (213) 382-9529

1

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST
AMENDED COMPLAINT