# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EDWARD GEORGE MADEC,

Plaintiff,

v.

CAROLE GOLDSMITH, et al.,

Defendants.

Case No. 1:26-cv-01021-KES-SKO

**ORDER ON UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT PENDING RULING ON MOTION TO REMAND**

(Doc. 11)

## ORDER

The Court is in receipt of the parties' "Stipulation to Extend Time for Defendants to Respond to First Amended Complaint while the Motion to Remand is Pending." (Doc. 11).  For good cause shown, the Stipulation is hereby GRANTED *nunc pro tunc* as follows,

In the event that this Court denies the motion to remand, Defendants shall have two weeks from the order of the Court regarding the motion for remand to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **March 19, 2026**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE